**No. 46076.**—Protest 980030–G/88375 of Walter Libmann, M. D. (Chicago).

Opinion by KEEFE, J. There was testimony that the apparatus was new and it never had been subjected to use. On the record presented the claim for free entry was overruled.

**No. 46077.**—Protest 35033–K of Josef Leiter (Pittsburgh).

Opinion by KEEFE, J. On the evidence submitted it was held that all items of household effects not having been used were properly dutiable as assessed. Personal effects, wearing apparel, articles of personal adornment, and similar personal effects were held entitled to free entry under paragraph 1798. Household effects established to have been used more than a year prior to departure to the United States were held free of duty under paragraph 1632.

**No. 46078.**—Protest 33292–K of Mary Gidansky (Pittsburgh).

Opinion by KEEFE, J. On the record presented the protest was sustained in part.

**No. 46079.**—Protests 32214–K, etc., of Julius Wile Sons & Co. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of Abstract 43068 the protests were sustained as to certain items.

**No. 46080.**—Protests 865581–G, etc., of H. A. Mack & Co. (Boston).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Arconti* v. *United States* (T. D. 49573) the earthenware in question was held dutiable at 20 percent under paragraph 210 as claimed.

**No. 46081.**—Protests 995791–G, etc., of Charles Pettinos (New York).

Opinion by KEEFE, J. It was stipulated that the merchandise consists of amorphous graphite similar to that the subject of *Starkey* v. *United States* (6 Cust. Ct. 118, C. D. 444). The claim at 10 percent under paragraph 213 was therefore sustained.